THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | |
|---|---|
| **KOCH SUPPLY & TRADING, L.P.,** § | |
| § | |
| **Plaintiff,** § | |
| § | **CAUSE NO. 4:08-CV-377** |
| v. § | |
| § | **Jury Trial Demanded** |
| **BP PRODUCTS NORTH AMERICA, INC.,** § | |
| § | |
| **Defendant.** § | |

## PLAINTIFF'S RULE 7.1 DISCLOSURES

Plaintiff, Koch Supply & Trading, L.P. is a limited partnership. The general partner is KS&T/GP, L.L.C., the limited partner is Koch Supply & Trading, L.L.C. Koch Supply & Trading, L.P. is an affiliate of Koch Industries, Inc., a privately-owned company.

**DATED:** February 4, 2008.                              Respectfully submitted,

                                                          By: /S/ Mark C. Harwell
                                                          **Mark C. Harwell**
                                                          **Attorney-in-charge**
                                                          State Bar No. 09191700
                                                          Southern District of Texas 0772
                                                          **COTHAM, HARWELL & EVANS**
                                                          A Professional Corporation
                                                          1616 S. Voss, Suite 200
                                                          Houston, Texas 77057
                                                          Telephone: (713) 647-7511
                                                          Facsimile: (713) 647-7512

                                                          **ATTORNEYS FOR PLAINTIFF**