IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KOCH SUPPLY & TRADING, LP, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. H-08-0377 | |
| § | | |
| BP PRODUCTS NORTH AMERICA, § | | |
| INC., § | | |
|     Defendant. § | | |

## ORDER

It is hereby **ORDERED** that Plaintiff shall file by **March 10, 2008**, any opposition to Defendant's Motion to Stay Proceedings Pending Action By the Judicial Panel on Multidistrict Litigation [Doc. # 4].

SIGNED at Houston, Texas, this 3rd day of **March, 2008**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2008\0377Respond.wpd   080303.1053