IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KOCH SUPPLY & TRADING, L.P.,
                      Plaintiff,

v.   :   Civil Action No. 4:08-cv-00377

BP PRODUCTS NORTH AMERICA, INC.,
                      Defendant.

## BP PRODUCTS NORTH AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT

In compliance with Federal Rule of Civil Procedure 7.1 and the Local Rules of this Court, counsel for defendant BP Products North America, Inc. ("BP Products") hereby certifies that 100% of defendant BP Products' stock is indirectly owned by BP America Inc. BP America Inc. is in turn owned by BP p.l.c. Shares of BP p.l.c. are traded on the New York and London Stock Exchanges.

Date: March 6, 2008                      Respectfully submitted,

                                            /s/ Thomas T. Hutcheson
                                            Thomas T. Hutcheson
                                            Federal Admission No. 4823
                                            WINSTEAD PC
                                            1100 JPMorgan Chase Tower
                                            600 Travis Street
                                            Houston, Texas 77002
                                            713.650.2717 Direct
                                            713.650.2400 Fax

                                            David J. Zott, P.C.
                                            KIRKLAND & ELLIS LLP
                                            200 East Randolph Drive
                                            Chicago, Illinois 60601-6636
                                            312.861.2000
                                            312.861.2200 Fax

                                            *Attorney in Charge of Defendant BP*
                                            *Products North America Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **BP PRODUCTS NORTH AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT** was filed electronically on March 6, 2008, and will, therefore, be served electronically upon:

> **Mark C. Harwell**
> **Attorney-in-charge**
> State Bar No. 09191700
> Southern District of Texas ID 0772
> **COTHAM, HARWELL & EVANS**
> A Professional Corporation
> 1616 S. Voss, Suite 200
> Houston, Texas 77057
> Telephone: (713) 647-7511
> Facsimile: (713) 647-7512
> mharwell@cothamharwellevans.com
>
> **ATTORNEYS FOR PLAINTIFF**

/s/ Thomas T. Hutcheson
Thomas T. Hutcheson