IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KOCH SUPPLY & TRADING, LP, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-0377 |
| | § | |
| BP PRODUCTS NORTH AMERICA, | § | |
| INC., | § | |
|     Defendant. | § | |

## ORDER

This case is before the Court on Defendant's Motion to Stay Proceedings Pending Action By the Judicial Panel on Multidistrict Litigation ("Motion") [Doc. # 4]. Plaintiff filed Objections [Doc. # 8], but agreed that the Court's limited resources should not be expended on a matter that will likely be transferred to a different court. Plaintiff is concerned that if the MDL panel does not decide promptly to transfer this case, Plaintiff will not be able to participate in discovery and will not have an opportunity to respond to anticipated dispositive motions. Plaintiff acknowledges, however, that denial of the stay will potentially require Defendant to file any motion to dismiss in two different courts, requiring duplicate briefing and wasted judicial resources.

Having carefully reviewed the briefing on Defendant's Motion, the Court concludes that a stay is appropriate. The Illinois court cannot issue any adverse

rulings unless and until Plaintiff is a party before the Illinois court. If Plaintiff believes it will be prejudiced by any delay by the MDL panel, it may join with Defendant in a motion to have this case transferred immediately to the Illinois court. Consequently, it is hereby

**ORDERED** that Defendant's Motion to Stay Proceedings Pending Action By the Judicial Panel on Multidistrict Litigation [Doc. # 4] is **GRANTED** and this case is **STAYED AND ADMINISTRATIVELY CLOSED** pending either a joint motion to transfer the case to Illinois or a transfer order issued by the MDL panel.

SIGNED at Houston, Texas, this 13th day of **March, 2008**.

_____
Nancy F. Atlas
United States District Judge