CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:08−cv−00377

| | |
|---|---|
| KOCH Supply &Trading, L. P., v. BP Products North America Inc | Date Filed: 02/01/2008 |
| Assigned to: Judge Nancy F. Atlas | Date Terminated: 03/13/2008 |
| Demand: $78,900,000 | Jury Demand: Plaintiff |
| Cause: 15:2 Antitrust Litigation | Nature of Suit: 410 Anti−Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**KOCH Supply &Trading, L. P.,**　　represented by　**Mark C Harwell**
Cotham Harwell et al
1616 S Voss
Ste 200
Houston, TX 77057
713−647−7511
Fax: 713−647−7512 fax
Email: mharwell@cothamharwellevans.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BP Products North America Inc**　　represented by　**David J Zott**
Kirkland and Ellis
200 E Randolph Dr
Chicago, IL 60601
312−861−2000
*ATTORNEY TO BE NOTICED*

**Thomas Taliaferro Hutcheson**
Winstead Sechrest &Minick PC
600 Travis
Ste 1100
Houston, TX 77002
713−650−2717
Fax: 713−650−2400
Email: thutcheson@winstead.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BP Products North America Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2008 | Ï 1 | COMPLAINT against BP Products North America Inc (Filing fee $ 350 receipt number 3440573) filed by KOCH Supply &Trading, L. P.,. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit)(Harwell, Mark) (Entered: 02/01/2008) |
| 02/04/2008 | Ï 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 4/11/2008 at 01:00 PM in Courtroom 9F before Judge Nancy F. Atlas.( Signed by Judge Nancy F. Atlas ) Parties notified.(mmapps, ) (Entered: 02/04/2008) |
| 02/04/2008 | Ï 3 | CORPORATE DISCLOSURE STATEMENT by Koch Supply &Trading, L.P. identifying Koch Industries, Inc. as Corporate Parent, filed.(Harwell, Mark) (Entered: 02/04/2008) |
| 02/06/2008 | Ï | Summons Issued as to BP Products North America Inc, filed.(ghassan) (Entered: 02/06/2008) |
| 02/29/2008 | Ï 4 | MOTION to Stay *Proceedings Pending Action by the Judicial Panel on MDL* by BP Products North America Inc, filed. Motion Docket Date 3/20/2008. (Attachments: # 1 Proposed Order)(Hutcheson, Thomas) (Entered: 02/29/2008) |
| 02/29/2008 | Ï 5 | Courtesy Copy of Motion to Transfer by BP Products North America Inc, filed. (Attachments: # 1 Brief in Support# 2 Order# 3 Proof of Service# 4 Disclosure Statement# 5 Proof of Service)(rvazquez, ) (Entered: 03/03/2008) |
| 03/03/2008 | Ï 6 | ORDER Plaintiff shall file by March 10, 2008, any opposition to Defendant's Motion to Stay Proceedings Pending Actionby the Judicial Panel onMultidistrict Litigation [Doc. #4]Responses due by 3/10/2008.( Signed by Judge Nancy F. Atlas ) Parties notified.(sashabranner, ) (Entered: 03/03/2008) |
| 03/06/2008 | Ï 7 | CORPORATE DISCLOSURE STATEMENT by BP Products North America Inc., filed.(Hutcheson, Thomas) (Entered: 03/06/2008) |
| 03/10/2008 | Ï 8 | OBJECTIONS to 4 MOTION to Stay *Proceedings Pending Action by the Judicial Panel on MDL*, filed by KOCH Supply &Trading, L. P.,. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order Order Denying in Part Defendant's Motion for Stay of Proceedings)(Harwell, Mark) (Entered: 03/10/2008) |
| 03/11/2008 | Ï 9 | REPLY in Support of 4 MOTION to Stay *Proceedings Pending Action by the Judicial Panel on MDL*, filed by BP Products North America Inc. (Attachments: # 1 Exhibit A)(Hutcheson, Thomas) (Entered: 03/11/2008) |
| 03/13/2008 | Ï 10 | ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE Granting 4 MOTION to Stay *Proceedings Pending Action by the Judicial Panel on MDL. Case terminated on 3/13/2008.( Signed by Judge Nancy F. Atlas ) Parties notified.(sashabranner, ) (Entered: 03/13/2008)* |
| 04/02/2008 | Ï 11 | Coy of MDL Reply in Support of its Motion for Transfer and Consolidation of Pre−Trial Proceedings by BP Products North America Inc, filed.(esmith, ) (Entered: 04/02/2008) |
| 06/20/2008 | Ï 12 | JPML CONDITIONAL TRANSFER ORDER (certified copy) transferring case to Northern District of Illinois to be included in MDL Docket No. 1946. (Attachments: # 1 transfer letter) Parties notified.(jbradford, ) (Entered: 06/20/2008) |
| 06/20/2008 | Ï | Interdistrict transfer to Northern District of Illinois. Case transferred electronically. (jbradford, ) (Entered: 06/20/2008) |