IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KOCH SUPPLY & TRADING, L.P.,

Plaintiff,

v.

BP PRODUCTS NORTH AMERICA, INC.,

Defendant.

Case No.: 08-cv-03362

The Honorable James B. Zagel

### AGREED MOTION FOR BRIEFING SCHEDULE OF MOTION TO DISMISS AND FOR LEAVE TO FILE BRIEFS IN EXCESS OF 15 PAGES

Plaintiff Koch Supply & Trading, L.P. ("Koch") and Defendant BP Products North America, Inc. ("BPPNA") jointly move for entry of an Order setting an agreed briefing schedule relating to BPPNA's anticipated motion to dismiss Koch's Complaint. In support of their motion, the parties state as follows:

1. On June 20, 2008, pursuant to an Order from the Judicial Panel on Multidistrict Litigation ("JPML"), the Southern District of Texas transferred this case to the Northern District of Illinois as part of the Multidistrict Litigation ("MDL") sitting before this Court entitled *In Re: BP Propane Direct Purchaser Antitrust Litigation*, Master File No.: 1-06-CV-3621 ("Direct Purchasers Action").

2. Prior to the transfer, this case had been stayed in the Southern District of Texas pending the ruling of the JPML (3/13/08 Order by Judge Atlas, attached as Ex. No. 1). Consistent with that Order, BPPNA has not yet answered or otherwise pled in response to Koch's Complaint.

3. BPPNA anticipates filing a Rule 12(b)(6) motion to dismiss the Complaint.

4.  Both parties agree that BPPNA's anticipated motion can be briefed in the same general timeframe as BPPNA's pending motion to dismiss in the Direct Purchasers Action.

5.  So that the parties can put this case on the same track as the Direct Purchaser Action, the parties have agreed to the following briefing schedule:

- BPPNA will file its Motion to Dismiss, the Memorandum in Support of which will not exceed 25 pages, on August 6, 2008.

- Koch will file its Response, which will not exceed 25 pages, on September 8, 2008.

- BPPNA will file its Reply on October 8, 2008.

6.  The parties respectfully request that the Court enter the foregoing briefing schedule. The parties further request that the Court's Order permit the parties to exceed the 15-page limit imposed by Local Rule 7.1 with respect to their principal briefs, and to submit briefs containing up to 25 pages as set forth above.

Date: July 30, 2008

Respectfully submitted,

/s/ Kathryn F. Taylor
Richard C. Godfrey, P.C.
David J. Zott, P.C.
Andrew A. Kassof
Katheleen A. Ehrhart
Kathryn F. Taylor
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601-6636
Telephone:   (312) 861-2000
Facsimile:    (312) 861-2200

*Attorneys for BP Products North America, Inc.*

2

/s/ Mark C. Harwell
Mark C. Harwell, Esq.
Cotham, Harwell & Evans, P.C.
1616 S. Voss, Suite 200
Houston Texas  77057
Telephone:   (713) 647-7511
Facsimile:   (713) 647-7512

*Attorney For Koch Supply & Trading L.P.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **AGREED MOTION FOR BRIEFING SCHEDULE OF MOTION TO DISMISS AND FOR LEAVE TO FILE BRIEFS IN EXCESS OF 15 PAGES** was filed electronically pursuant to the CM/ECF procedures on July 30, 2008 and will, therefore, be served electronically upon the parties in the action, and served via U.S. mail, first class, postage prepaid, upon.:

       Mark C. Harwell, Esq.
       Cotham, Harwell & Evans, P.C.
       1616 S. Voss, Suite 200
       Houston Texas   77057
       Telephone:     (713) 647-7511
       Facsimile:      (713) 647-7512

                                    /s/ Kathryn F. Taylor
                                  Kathryn F. Taylor