IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KOCH SUPPLY & TRADING, L.P.,

       Plaintiff,

v.

BP PRODUCTS NORTH AMERICA, INC.,

       Defendant.

Case No.: 08-cv-03362

The Honorable James B. Zagel

## NOTICE OF MOTION

TO: Mark C. Harwell, Esq.
   Cotham, Harwell & Evans, P.C.
   1616 S. Voss, Suite 200
   Houston, TX  77057
   Telephone: (713) 647-7511
   Facsimile: (713) 647-7512

PLEASE TAKE NOTICE that on Tuesday, August 5, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant BP Products North America, Inc., shall appear before the Honorable James B. Zagel, or any Judge or Magistrate Judge sitting in his stead, in the courtroom normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the concurrently filed **AGREED MOTION FOR BRIEFING SCHEDULE OF MOTION TO DISMISS AND FOR LEAVE TO FILE BRIEFS IN EXCESS OF 15 PAGES**, which is filed with the Court this same day via the ECF System and is being served upon you.

Date: July 30, 2008                                  Respectfully submitted,

/s/ Kathryn F. Taylor
Richard C. Godfrey, P.C.
David J. Zott, P.C.
Andrew A. Kassof
Katheleen A. Ehrhart
Kathryn F. Taylor
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601-6636
Telephone:   (312) 861-2000
Facsimile:    (312) 861-2200

*Attorneys for BP Products North America, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF MOTION** was filed electronically pursuant to the CM/ECF procedures on July 30, 2008 and will, therefore, be served electronically upon the parties in the action, and served via U.S. mail, first class, postage prepaid, upon:

    Mark C. Harwell, Esq.
    Cotham, Harwell & Evans, P.C.
    1616 S. Voss, Suite 200
    Houston, TX 77057
    Telephone:  (713) 647-7511
    Facsimile:  (713) 647-7512

    /s/ Kathryn F. Taylor
    Kathryn F. Taylor