## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

KOCH Supply & Trading, L. P.,

                            Plaintiff,

v.                                            Case No.: 1:08−cv−03362
                                            Honorable James B. Zagel

BP Products North America Inc

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion to set a motion to dismiss briefing schedule with briefs exceeding fifteen pages [17] is granted. Motion to dismiss due 8/6/2008. Answer brief due 9/8/2008. Reply brief due 10/8/2008. Application of Mark Harwell to appear pro hac vice [19] is granted.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.