IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**KOCH SUPPLY & TRADING, L.P.,**

          **Plaintiff,**

v.

**BP PRODUCTS NORTH AMERICA, INC.,**

          **Defendant.**

Case No.: 08−cv−03362

The Honorable James B. Zagel

**DEFENDANT BP PRODUCTS NORTH AMERICA, INC.'S
RULE 12(b)(6) MOTION TO DISMISS**

Defendant BP Products North America, Inc. ("BPPNA") by and through its counsel, move this Court under Federal Rule of Civil Procedure 12(b)(6) to dismiss the Koch Supply & Trading, L.P. ("Koch") Complaint with prejudice. In support of this motion, BPPNA states as follows:

1. Koch filed its Complaint on February 1, 2008, alleging (1) monopolization and attempted monopolization under the Sherman Act, (2) monopolization and attempted monopolization under the Texas Free Enterprise and Antitrust Act of 1983 ("TFEAA"), and (3) common law unjust enrichment.

2. Koch fails to properly allege a monopolization claim under either the Sherman Act or the TFEAA as it cannot show BPPNA gained monopoly power. *See United States v. Grinnell Corp.*, 384 U.S. 563, 570-71 (1966). As the allegations of the Complaint show, BPPNA's alleged conduct did not cause any structural change to the relevant market, did not last for a sufficient duration, and did not prevent the entry of others into the market.

3.  Koch fails to properly allege an attempted monopolization claim under either the Sherman Act or the TFEAA because the allegations of the Complaint are not sufficient to show BPPNA had a dangerous probability of achieving monopoly power through its alleged actions. *See Spectrum Sports, Inc. v. McQuillan*, 506 U.S. 447, 456 (1993).

4.  In addition, Koch cannot bring claims under the Sherman Act as the Commodity Exchange Act is the statute governing the alleged conduct at issue, and thus, is the controlling remedy available to Koch. *See Schaefer v. First Nat'l Bank of Lincolnwood*, 326 F. Supp. 1186, 1191 (N.D. Ill. 1970), *aff'd,* 509 F.2d 1287 (7th Cir. 1975).

5.  Koch fails to properly allege an unjust enrichment claim because it has an adequate remedy at law under the Commodity Exchange Act.

WHEREFORE, BPPNA respectfully requests that this Court dismiss Koch's Complaint.

DATED: August 6, 2008

        COUNSEL FOR DEFENDANT BP
        PRODUCTS NORTH AMERICA, INC.

        /s/ Kathryn F. Taylor
        Richard C. Godfrey, P.C.
        David J. Zott, P.C.
        Andrew A. Kassof
        Katheleen A. Ehrhart
        Kathryn F. Taylor
        KIRKLAND & ELLIS LLP
        200 East Randolph Drive
        Chicago, Illinois 60601-6636
        Telephone: (312) 861-2000
        Facsimile: (312) 861-2200

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEFENDANT BP PRODUCTS NORTH AMERICA, INC.'S RULE 12(b)(6) MOTION TO DISMISS** was filed electronically pursuant to the CM/ECF procedures on August 6, 2008 and will, therefore, be served electronically upon the parties in the action, and served via U.S. mail, first class, postage prepaid, upon:

Mark C. Harwell, Esq.
Cotham, Harwell & Evans, P.C.
1616 S. Voss, Suite 200
Houston, TX  77057
Telephone:     (713) 647-7511
Facsimile:      (713) 647-7512

                                              /s/ Kathryn F. Taylor