IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KOCH SUPPLY & TRADING, L.P.,

           **Plaintiff,**

v.

BP PRODUCTS NORTH AMERICA, INC.,

           **Defendant.**

Case No.: 08−cv−03362

The Honorable James B. Zagel

### NOTICE OF MOTION

TO: Mark C. Harwell, Esq.
     Cotham, Harwell & Evans, P.C.
     1616 S. Voss, Suite 200
     Houston, TX  77057
     Telephone:   (713) 647-7511
     Facsimile:    (713) 647-7512

PLEASE TAKE NOTICE that on Thursday, August 14, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant BP Products North America, Inc., shall appear before the Honorable James B. Zagel, or any Judge or Magistrate Judge sitting in his stead, in the courtroom normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the concurrently filed **DEFENDANT BP PRODUCTS NORTH AMERICA, INC.'S RULE 12(b)(6) MOTION TO DISMISS**, which is filed with the Court this same day via the ECF System and is being served upon you.

Date:  August 6, 2008                                     Respectfully submitted,


                                                          /s/ Kathryn F. Taylor
                                                          Richard C. Godfrey, P.C.
                                                          David J. Zott, P.C.
                                                          Andrew A. Kassof
                                                          Katheleen A. Ehrhart
                                                          Kathryn F. Taylor
                                                          KIRKLAND & ELLIS LLP
                                                          200 East Randolph Drive
                                                          Chicago, Illinois  60601-6636
                                                          Telephone:   (312) 861-2000
                                                          Facsimile:    (312) 861-2200

                                                          *Attorneys for BP Products North America, Inc.*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF MOTION** was filed electronically pursuant to the CM/ECF procedures on August 6, 2008 and will, therefore, be served electronically upon the parties in the action, and served via U.S. mail, first class, postage prepaid, upon:

Mark C. Harwell, Esq.
Cotham, Harwell & Evans, P.C.
1616 S. Voss, Suite 200
Houston, TX  77057
Telephone:    (713) 647-7511
Facsimile:    (713) 647-7512

                                        /s/ Kathryn F. Taylor