IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KOCH SUPPLY & TRADING, L.P.,** | |
| Plaintiff, | |
| v. | Case No.: 08−CV−03362 |
| | The Honorable James B. Zagel |
| **BP PRODUCTS NORTH AMERICA, INC.,** | |
| Defendant. | |

**AGREED MOTION FOR STAY ORDER**

Plaintiff Koch Supply & Trading, L.P. ("Koch") and defendant BP Products North America, Inc. ("BPPNA") (together, the "Parties") by and through their respective counsel, jointly move this Court for entry of an Agreed Stay Order, staying all proceedings in the above-captioned matter until either the stay is lifted by request of one or both of the Parties by motion or *In re: BP Propane Direct Purchaser Antitrust Litigation*, Master File No. 1:06-CV-3621 (the "Direct Purchaser Action") is resolved. In support of this agreed motion, the Parties state as follows:

1. On June 28, 2006, the United States Commodity Futures Trading Commission ("CFTC") filed an action against BPPNA, *U.S. Commodity Futures Trading Commission v. BP Products North America, Inc.*, No. 06 CV 3503 (N.D. Ill.) (the "CFTC Action"), based on allegations that BPPNA attempted to manipulate and did manipulate the TET propane trading market in February 2004.

2. Soon after the CFTC filed the CFTC Action, private plaintiffs began filing similar actions against BPPNA. Most of those actions are putative class actions, and are divided

between the Direct Purchaser Action and the Indirect Purchaser Action. In addition to these putative class actions, three individual actions have been filed against BPPNA arising from the same conduct.

3. Koch filed one such individual action (the "Koch Action") against BPPNA. The Koch Action was originally filed in the Southern District of Texas on February 1, 2008. On June 9, 2008, the Judicial Panel for Multidistrict Litigation centralized all actions for coordinated or consolidated pretrial proceedings before this Court, thereby transferring the Koch Action to this Court.[1]

4. Koch is also a member of the putative Direct Purchaser class, and asserts essentially the same claims as are alleged in the Direct Purchaser Action.

5. Because of the similarity of Direct Purchaser Action and the Koch Action, the Parties agree that it would promote judicial efficiency, streamline the litigation, and conserve the resources of both the Parties and the Court to stay the Koch Action pending further proceedings or resolution of matters in the Direct Purchaser Action.

WHEREFORE, the Parties respectfully request that this Court enter the Agreed Stay Order, staying all proceedings in the above-captioned matter until either the stay is lifted by request of one or both of the Parties by motion or the Direct Purchaser Action is resolved.

Date: August 26, 2008                              Respectfully submitted,

                                                   /s/ Katheleen A. Ehrhart

---

[1] The only action not currently before this Court is pending in the Northern District of Illinois before Judge James B. Moran. BPPNA plans to file a motion shortly seeking a finding that the action is related to the other actions and requesting a transfer of the case to this Court.

Richard C. Godfrey, P.C.
David J. Zott, P.C.
Andrew A. Kassof
Katheleen A. Ehrhart
Kathryn F. Taylor
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601-6636
Telephone:     (312) 861-2000
Facsimile:      (312) 861-2200

*Attorneys for BP Products North America, Inc.*

/s/ Mark C. Harwell
Mark C. Harwell, Esq.
COTHAM, HARWELL & EVANS, P.C.
1616 S. Voss, Suite 200
Houston, TX  77057
Telephone:     (713) 647-7511
Facsimile:      (713) 647-7512

*Attorney for Koch Supply & Trading, L.P.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **AGREED MOTION FOR STAY ORDER** was filed electronically pursuant to the CM/ECF procedures on August 26, 2008 and will, therefore, be served electronically upon the parties in the action, and served via U.S. mail, first class, postage prepaid, upon:

Mark C. Harwell, Esq.
COTHAM, HARWELL & EVANS, P.C.
1616 S. Voss, Suite 200
Houston, TX  77057
Telephone:     (713) 647-7511
Facsimile:       (713) 647-7512

             /s/ Katheleen A. Ehrhart

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KOCH SUPPLY & TRADING, L.P., | § § § | |
| Plaintiff, | § § | CASE NO. 08-CV-03362 |
| v. | § § | The Honorable James B. Zagel |
| BP PRODUCTS NORTH AMERICA, INC., | § § § | |
| Defendant. | § | |

### AGREED STAY ORDER

On June 9, 2008, the Judicial Panel for Multidistrict Litigation transferred this case to this Court pursuant to 28 U.S.C. § 1407 for consolidated or coordinated pretrial proceedings with *In re: BP Propane Direct Purchaser Antitrust Litigation*, Master File No. 1:06-CV-3621 (the "Direct Purchaser Action"). The parties have jointly requested that the Court stay all proceedings in this case pending further proceedings or resolution of the Direct Purchaser Action. It is therefore,

ORDERED that pending the resolution of the Direct Purchaser Action, all proceedings in this case are stayed. Either party may seek the revocation of the stay and reactivation of pretrial proceedings in this case by motion filed with this Court.

Date: _____, 2008

_____
James B. Zagel
United States District Judge

AGREED AS TO FORM
AND SUBSTANCE:

/s/ Mark C. Harwell

_____

Mark C. Harwell
Cotham, Harwell & Evans,
A Professional Corporation
1616 S. Voss, Suite 200
Houston, Texas 77057
(713) 647-7511
Fax (713) 647-7512
**Attorneys for Koch Supply & Trading, L.P.**


/s/ Katheleen A. Ehrhart

_____

Richard C. Godfrey, P.C.
David J. Zott, P.C.
Andrew A. Kassof
Katheleen A. Ehrhart
Kathryn F. Taylor
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
(312) 861-2000
Fax (312) 861-2200
**Attorneys for BP Products North America, Inc.**