**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **KOCH SUPPLY & TRADING, L.P.,** | |
| **Plaintiff,** | |
| | **Case No.:  08−CV−03362** |
| **v.** | |
| | **The Honorable James B. Zagel** |
| **BP PRODUCTS NORTH AMERICA, INC.,** | |
| **Defendant.** | |

**NOTICE OF MOTION**

TO:    Mark C. Harwell, Esq.
        COTHAM, HARWELL & EVANS, P.C.
        1616 S. Voss, Suite 200
        Houston, TX  77057
        Telephone:    (713) 647-7511
        Facsimile:    (713) 647-7512

    PLEASE TAKE NOTICE that on September 2, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant BP Products North America, Inc., shall appear before the Honorable James B. Zagel, or any Judge or Magistrate Judge sitting in his stead, in the courtroom normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the concurrently filed **AGREED MOTION FOR STAY ORDER**, which is filed with the Court this same day via the ECF System and is being served upon you.

Date:  August 26, 2008                    Respectfully submitted,


                                        /s/ Katheleen A. Ehrhart

Richard C. Godfrey, P.C.
David J. Zott, P.C.
Andrew A. Kassof
Katheleen A. Ehrhart
Kathryn F. Taylor
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601-6636
Telephone:     (312) 861-2000
Facsimile:     (312) 861-2200

*Attorneys for BP Products North America, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF MOTION** was filed electronically pursuant to the CM/ECF procedures on August 26, 2008 and will, therefore, be served electronically upon the parties in the action, and served via U.S. mail, first class, postage prepaid, upon:

Mark C. Harwell, Esq.
COTHAM, HARWELL & EVANS, P.C.
1616 S. Voss, Suite 200
Houston, TX  77057
Telephone:     (713) 647-7511
Facsimile:      (713) 647-7512

_/s/ Katheleen A. Ehrhart_